**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| James Cuzzort, et al. | : | Case No. 1:17-cv-00827-TSB |
| Plaintiffs, | : | |
| vs. | : | |
| West Chester Hospital, LLC, et al., | : | |
| Defendants. | : | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and Defendants, by and through counsel, hereby notify this Court that the clams in this case have been settled. Therefore, the parties move this Court to dismiss this action with prejudice. A proposed entry stating same has been attached hereto for the Court's convenience.

Respectfully submitted,

/s/ Alan Statman
Alan Statman, Esq.
Statman, Harris & Eyrich, LLC
35 East Seventh Street, Suite 315
Cincinnati, OH 45202

*Counsel for Plaintiffs*

/s/ Russell Sayre
Russell S. Sayre, Esq. (#0047125)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
sayre@taftlaw.com

*Counsel for Defendants*
*West Chester Hospital, LLC and UC Health*

/s/ Benjamin M. Maraan, II
Benjamin M. Maraan, II, Esq.
DETERS LAW
5247 Madison Pike
Independence, KY  41051
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| James Cuzzort, et al., | : | Case No. 1:17-cv-00827-TSB |
| Plaintiffs, | : | |
| vs. | : | |
| West Chester Hospital, LLC, et al., | : | |
| Defendants. | : | |

# ORDER

Pursuant to notification and motion by the Parties, Plaintiffs and Defendants, West Chester Hospital, LLC and UC Health ("Defendants"), that the claims made by Plaintiffs against these Defendants have settled;

The motion is GRANTED. It is ORDERED that the case is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

_____
Timothy Black
United States District Judge